UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

BENNIE COOKSEY, JR.,

    Plaintiff,

v.                                                                    3:03-cv-625

SHERIFF DAVID HAGGARD and
CHIEF JAILER FAYE HALL,

    Defendants.

## JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion, the defendants' motion to dismiss is **GRANTED** to the extent this action is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies. The remainder of the defendants' motion to dismiss is **DENIED** as **MOOT**. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**E N T E R :**

                                                    *s/ James H. Jarvis*
                                                    UNITED STATES DISTRICT JUDGE